**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

1  JUNE D. COLEMAN, CSBN 191890
   jcoleman@kmtg.com
2  DANIELLE R. TEETERS, CSBN 210056
   dteeters@kmtg.com
3  KRONICK, MOSKOVITZ, TIEDEMANN &
   GIRARD
4  400 Capitol Mall, 27th Floor
   Sacramento, CA  95814
5  Telephone:    (916) 321-4500
   Facsimile:    (916) 321-4555
6
   Attorneys for Defendant
7  DIVERSIFIED COLLECTION SERVICES, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

| | |
|---|---|
| DONNA BILLMAN,<br><br>              Plaintiff,<br><br>v.<br><br>DIVERSIFIED COLLECTION<br>SERVICES, INC.; DOES 1-10, inclusive,<br><br>              Defendants. | CASE NO.  C12-02238 DMR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1 (a))**<br><br>**Complaint served:**         05/04/2012<br>**Current response date:** 07/02/2012<br>**New response date:**        07/18/2012 |

It is hereby stipulated by and between Plaintiff DONNA BILLMAN and

Defendant DIVERSIFIED COLLECTION SERVICES, INC., through and by their respective

counsel of record herein that DIVERSIFIED COLLECTION SERVICES, INC. has an extension

///

///

///

///

///

///

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

1003599.1 12344.053                                - 1 -                                C12-02238 DMR

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT L.R. 6-1(a)**

of time to file a responsive pleading to the Complaint in the above-entitled action up to and including July 18, 2012.

Dated: July 2, 2012          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                             A Law Corporation


                             By: */s/ Danielle R. Teeters*
                                 June D. Coleman
                                 Danielle R. Teeters
                                 Attorneys for Defendant
                                 DIVERSIFIED COLLECTION SERVICES, INC.

Dated:  July 2, 2012         PRICE LAW GROUP A.P.C.


                             By: */s/ Darin S. Shaw*
                                 Darin S. Shaw
                                 Attorney for Plaintiff
                                 DONNA BILLMAN