JUNE D. COLEMAN, CSBN 191890
jcoleman@kmtg.com
DANIELLE R. TEETERS, CSBN 210056
dteeters@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:     (916) 321-4500
Facsimile:      (916) 321-4555

Attorneys for Defendant
DIVERSIFIED COLLECTION SERVICES, INC.

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONNA BILLMAN,<br><br>           Plaintiff,<br><br>v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive,<br><br>           Defendants. | CASE NO.  C12-02238 DMR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1 (a))**<br><br>**Complaint served:**         05/04/2012<br>**Current response date:** 07/02/2012<br>**New response date:**      07/18/2012 |

It is hereby stipulated by and between Plaintiff DONNA BILLMAN and Defendant DIVERSIFIED COLLECTION SERVICES, INC., through and by their respective counsel of record herein that DIVERSIFIED COLLECTION SERVICES, INC. has an extension

///
///
///
///
///
///

of time to file a responsive pleading to the Complaint in the above-entitled action up to and including July 18, 2012.

Dated: July 2, 2012                KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                   A Law Corporation


                                   By: */s/ Danielle R. Teeters*
                                       June D. Coleman
                                       Danielle R. Teeters
                                       Attorneys for Defendant
                                       DIVERSIFIED COLLECTION SERVICES, INC.

Dated:  July 2, 2012               PRICE LAW GROUP A.P.C.


                                   By: */s/ Darin S. Shaw*
                                       Darin S. Shaw
                                       Attorney for Plaintiff
                                       DONNA BILLMAN

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

1003599.1 12344.053                - 2 -                C12-02238 DMR

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT PURSUANT TO L.R. 6-1(a)**