| | |
|---|---|
| JUNE D. COLEMAN, CSBN 191890<br>jcoleman@kmtg.com<br>DANIELLE R. TEETERS, CSBN 210056<br>dteeters@kmtg.com<br>KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA  95814<br>Telephone:     (916) 321-4500<br>Facsimile:      (916) 321-4555 | COUNSEL IS DIRECTED TO PROVIDE THE COURTROOM CLERK WITH A DIRECT DIAL PHONE NUMBER.  THE COURT INITIATES ALL CONFERENCE CALLS. |

Attorneys for Defendant
DIVERSIFIED COLLECTION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONNA BILLMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO.  C12-02238 DMR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR COUNSEL TO APPEAR AT THE CASE MANAGEMENT CONFERENCE VIA TELEPHONE<br><br>Date:         September 7, 2012<br>Time:        2:30 p.m.<br>Courtroom: 10, 19th Floor<br>Judge:       Hon. Susan Illston |

The motion of counsel of record for Defendant, DIVERSIFIED COLLECTION SERVICES, INC., to participate by telephone at the Case Management Conference scheduled for September 7, 2012 at 2:30 p.m. is hereby granted.

Dated: 9/5/12                                    _____
                                                          Honorable Susan Illston

---

1008787.1 12344.053                              - 1 -                              C12-02238 DMR

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW