| | |
|---|---|
| 1 | JUNE D. COLEMAN, CSBN 191890 |
|   | jcoleman@kmtg.com |
| 2 | DANIELLE R. TEETERS, CSBN 210056 |
|   | dteeters@kmtg.com |
| 3 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| 4 | 400 Capitol Mall, 27th Floor |
|   | Sacramento, CA  95814 |
| 5 | Telephone:     (916) 321-4500 |
|   | Facsimile:      (916) 321-4555 |

COUNSEL IS DIRECTED TO PROVIDE THE COURTROOM CLERK WITH A DIRECT DIAL PHONE NUMBER.  THE COURT INITIATES ALL CONFERENCE CALLS.

Attorneys for Defendant
DIVERSIFIED COLLECTION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONNA BILLMAN, | CASE NO.  C12-02238 DMR |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING MOTION FOR COUNSEL TO APPEAR AT THE CASE MANAGEMENT CONFERENCE VIA TELEPHONE** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive, | Date:         September 7, 2012 |
| Defendants. | Time:         2:30 p.m. |
| | Courtroom: 10, 19th Floor |
| | Judge:        Hon. Susan Illston |

The motion of counsel of record for Defendant, DIVERSIFIED COLLECTION SERVICES, INC., to participate by telephone at the Case Management Conference scheduled for September 7, 2012 at 2:30 p.m. is hereby granted.

Dated:  9/5/12                                    _____
                                                          Honorable Susan Illston

1008787.1 12344.053                      - 1 -                                    C12-02238 DMR

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW