1

2

3

4

5             IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    DONNA BILLMAN,                           No. C 12-2238 SI

9             Plaintiff,                  **ORDER DISMISSING CASE**

10     v.

11    DIVERSIFIED COLLECTION SERVICES,
   INC.,

12

13             Defendant.                 /

14

15       The parties have informed the Court that this case has settled.  Accordingly, the Court hereby

16 DISMISSES the case effective **90 days from the date of this Order**.  The clerk shall VACATE any

17 remaining dates.

18

     **IT IS SO ORDERED.**

19

20 Dated: December 10, 2012                                       

21                                         SUSAN ILLSTON
                                        United States District Judge

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California